# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| JOHN BRENT MOETTELI and DA VINCI PARTNERS LLC, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>KILI TECHNOLOGY INC., <br><br>　　　　Defendant. | § § § § § § § § § § § § § § Case No. 6:24-cv-126-JDK |

## ORDER OF DISMISSAL

　　Before the Court is Plaintiffs John Bren Moetteli and Da Vinci Partners' notice of voluntary dismissal (Docket No. 3). Defendant Kili Technology Inc. has not answered or moved for summary judgment. Accordingly, pursuant to Plaintiffs' notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all pending claims in this case are **DISMISSED** without prejudice.

　　All pending motions are **DENIED** as moot.

　　The Clerk of Court is instructed to close this case.

　　So **ORDERED** and **SIGNED** this **30th** day of **July, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE